DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
———————————————

CYNTHIA MATTHEWS-HAMAD,

Appellant,

v.

ASHLEY RAYNE SMITH and
ANTHONY L. PETTY,

Appellees.

No. 2D2024-1903
———————————————

January 2, 2026

Appeal from the Circuit Court for Pinellas County; Thomas M. Ramsberger, Judge.

Marcy I. LaHart of Marcy I. LaHart, P.A., Tacoma, Washington, for Appellant.

George A. Vaka of Vaka Law Group, P.L., Tampa, for Appellee Ashley Rayne Smith.

No appearance for remaining Appellee.

PER CURIAM.

   Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.
———————————————

Opinion subject to revision prior to official publication.